■ WILLIAM TADDEO, Respondent, v. HERTZ CORPORATION, Defendant-Appellant and Third-Party Plaintiff. COCA-COLA BOTTLING COMPANY OF NEW YORK, INC., Third-Party Defendant.— Order of the Supreme Court, Queens County, dated November 3, 1971, affirmed, with $20 costs and disbursements (see *Hollant* v. *North Shore Hosp.*, 24 Misc 2d 892, affd. 17 A D 2d 974).

Munder, Acting P. J., Martuscello, Shapiro, Gulotta and Brennan, JJ., concur.